**Fill in this information to identify the case:**

Debtor 1: Marc David King

Debtor 2 (Spouse, if filing): Wendolyn Renee King

United States Bankruptcy Court for the: Northern District of IL

Case number: 11-33168

## Form 4100R
## Response to Notice of Final Cure Payment                     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Deutsche Bank National Trust Company as Trustee for the holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: 4 5 9 5

**Property address:** 1616 S Drake Ave
Chicago, IL 60623-2537

### Part 2: Prepetition Default Payments

Check one:

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____ (MM/DD/YYYY)

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 4,498.23

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ 0.00

c. **Total.** Add lines a and b. (c) $ 4,498.23

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 11/01/2016 (MM/DD/YYYY)

Form 4100R          Response to Notice of Final Cure Payment          page 1

Debtor 1  Marc David King
         First Name   Middle Name   Last Name

Case number (if known) 11-33168

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☑ I am the creditor.
☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X _[signature]_    Date  2/14/2017
   Signature

Print  MIRIAM P. ALARCON    Title  AVP, BK SPECIALIST II
       First Name   Middle Name   Last Name

Company  BANK OF AMERICA, N.A.

If different from the notice address listed on the proof of claim to which this response applies:

Address  1800 TAPO CANYON RD
         Number         Street

         SIMI VALLEY CA 93063
         City           State   ZIP Code

Contact phone ( 800 ) 669 – 6607    Email _____

Case No: 11-33168

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Post-Petition Claim

| Description | Date Incurred | Amount |
|---|---|---|
| 4 payments 11/1/16-2/1/17 @ $1338.15 each | | $5352.60 |
| Less suspense | | -$854.37 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>    Marc David King and<br>    Wendolyn Renee King,<br><br>                    Debtors. | Case No. 11-33168<br>Chapter 13<br><br>Honorable Timothy A. Barnes |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I served a copy of the Response to Notice of Final Cure filed on February 14, 2017, upon the parties listed below, as to the Trustee and Debtors' attorneys via electronic notice on February 14, 2017, and as to the Debtors by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 14th day of February 2017.

**Service by Mail:**

Marc David King
1616 S Drake Ave
Chicago, IL 60623-2537

Wendolyn Renee King
1616 S Drake Ave
Chicago, IL 60623-2537

**Service by Electronic Notice through ECF:**

Jonathan D Parker
55 E. Monroe St. Suite 3400
Chicago, IL 60603

Marilyn O. Marshall
224 S. Michigan Suite 800
Chicago, IL 60604

Dale A Riley
55 E Monroe St. Suite 3400
Chicago, IL 60603

Patrick S. Layng
United States Trustee (Region 11)
219 S. Dearborn Street Suite 873
Chicago, IL 60604

Jason M Shimotake
55 E. Monroe St. Suite 3400
Chicago, IL 60603

                                           */s/ Amanda J. Doyle*
                                                 Amanda J. Doyle

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA DOYLE (#6320552)
ZHIQI WU (#6324870)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Telephone: (217) 422-1719
Facsimile: (217) 422-1754